**FILED**

May 30, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2;07MJ00161-GGH |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JESUS RAMON PEREZ-ROBLEDO, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _JESUS RAMON PEREZ-ROBLEDO_ , Case

No. _2;07MJ00161-GGH_ , Charge _21USC § 841(a)(1)_ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _May 30, 2007_ at _2:00 pm_ .

By _/s/ Gregory G. Hollows_

Gregory G. Hollows
United States Magistrate Judge