```
McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California  95814
Telephone:  (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG NO. S-07-0161 GGH |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS COMPLAINT |
| v. | |
| JESUS PEREZ-ROBLEDO, and TOMAS BELTRAN-GUITERREZ, | |
| Defendants. | |

    The United States hereby moves to dismiss the complaint against defendants Perez-Robledo and Beltran-Guiterrez without prejudice.  Approximately 103 grams of a substance thought to be heroin, found during the execution of a search warrant at the defendants' residence, was not heroin according to subsequent laboratory analysis by the DEA Regional Laboratory.  Because of this finding there is not enough evidence to proceed with further federal charges against defendant Perez-Robledo at this time. Although a small quantity of heroin was found within the possession of defendant Beltran-Guiterrez, given the lab's finding, there is also insufficient evidence to proceed with federal charges against this defendant at this time.  There are

1

1  additional charges arising from this matter that it is
2  anticipated will be filed in State Court.
3      Defendant Perez-Robledo has already been released from
4  custody on these charges.  Defendant Beltran-Guiterrez remains in
5  custody on this matter and an immigration detainer.
6      Counsel for both defendants, stipulate that dismissal
7  without prejudice is appropriate at this time.
8      Accordingly, the United States now moves to dismiss the
9  criminal complaint without prejudice.
10 Dated: June 5, 2007

                                    McGREGOR W. SCOTT
                                    United States Attorney

                              By: /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

Telephonically authorized for presentation and electronic signature on June 5, 2007:

                                     /s/ Heiko P. Coppola for
                                    JOHN BALAZS
                                    Attorney for Defendant Perez-
                                    Robledo


                                     /s/ Heiko P. Coppola for
                                    MARY FRENCH
                                    Attorney for Defendant Beltran-
                                    Guiterrez

///
///
///
///
///

2

ORDER

IT IS SO ORDERED.

    For the reasons stated above, the criminal complaint is dismissed without prejudice as to both defendants.  Defendant Beltran-Guiterrez is hereby released on the above-entitled charges only and remanded to the custody of the Immigration Service in accordance with its detainer.

Dated: June 11, 2007

                                               /s/                            
U.S. MAGISTRATE JUDGE

3